UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BEDNAR, #539010,

    Petitioner,

v.                                  CASE NO. 2:08-CV-12320
                                      HONORABLE PATRICK J. DUGGAN

HEIDI WASHINGTON,

    Respondent.
_____/

## **JUDGMENT**

Petitioner Christine Bednar has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 16, 2010

Copies to:
Christine Bednar, #539010
Huron Valley Complex-Women
3201 Bemis Road
Ypsilanti, Michigan 49187

Brad H. Beaver, Assistant Attorney General